UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KYLE YORK,

            Plaintiff,

-against-                              **NOTICE OF DISMISSAL**
                                                   Case No.: 05-CV-0992 (GLS/DHR)

INCHORD COMMUNICATIONS, INC.,
PALIO COMMUNICATIONS, and CREATIVE
HEALTHCARE SOLUTIONS, LLC,

            Defendants.

---

       The Plaintiff, Kyle York by and through his attorneys, THE TOWNE LAW OFFICES, P.C., withdraws the Complaint, filed on August 5, 2005, against the above-named Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(i) in this matter without prejudice.

Dated: November 28, 2005

                                                        THE TOWNE LAW OFFICES, P.C.

                                    By:    **/s/ John Hoke**
                                                  John J. Hoke
                                                  Bar Roll No.: 512499
                                                  Attorneys for Plaintiff
                                                  421 New Karner Road
                                                  Albany, New York 12205
                                                  Tel.: (518) 452-1800

1

**SO ORDERED:**

*Gary L. Sharpe* (signature)

U.S. District Judge
Date: 11/29/05